v.

**STATE of Missouri, Respondent.**

**WD 78553**

Missouri Court of Appeals,
Western District.

ORDER FILED: July 26, 2016

**Tommy R. ROLLINS, Jr., Appellant,**

v.

**STATE of Missouri, Respondent.**

**WD 78314**

Missouri Court of Appeals,
Western District.

FILED: July 26, 2016

Kent Denzel, Columbia, MO for appellant.

Karen L. Kramer, Jefferson City for respondent.

Before Division Three: Victor C. Howard, Presiding Judge, Lisa White Hardwick and James E. Welsh, Judges

## ORDER

Per Curiam

Tommy Rollins, Jr., appeals from the judgment denying his Rule 29.15 motion after he was convicted of first-degree assault of a law enforcement officer, armed criminal action, first-degree assault (attempt), and unlawful possession of a weapon. For reasons fully explained in a Memorandum provided to the parties, we find no error and affirm the judgment.

AFFIRMED. Rule 84.16(b).